UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the **July 16, 2005**
**HOPKINS/TAYLOR** Program,
          Plaintiff,

-against-

ALFREDO ALVILA, Individually and as officer,
director, shareholder and/or principal of CUTTY'S
HAIR STUDIO, INC. d/b/a CUTTY'S HAIR
SALON a/k/a CUTTY'S UNISEX HAIR STUDIO
a/k/a CUTTY'S BARBER SHOP, and CUTTY'S
HAIR STUDIO, INC. d/b/a CUTTY'S HAIR
SALON a/k/a CUTTY'S UNISEX HAIR STUDIO
a/k/a CUTTY'S BARBER SHOP,,

          Defendants.
-----------------------------------------------------------------

**DEFAULT JUDGMENT**
Civil Action No.06-169-ERK-RER
Honorable Edward R. Korman

Courtesy COPY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 30 2006 ★
BROOKLYN OFFICE

The Summons and Complaint in this action having been duly served upon the Defendants, **ALFREDO ALVILA, Individually and as officer, director, shareholder and/or principal of CUTTY'S HAIR STUDIO, INC. d/b/a CUTTY'S HAIR SALON a/k/a CUTTY'S UNISEX HAIR STUDIO a/k/a CUTTY'S BARBER SHOP, and CUTTY'S HAIR STUDIO, INC. d/b/a CUTTY'S HAIR SALON a/k/a CUTTY'S UNISEX HAIR STUDIO a/k/a CUTTY'S BARBER SHOP,** on February 1, 2006, and said Defendants having failed to plead or otherwise appear in this action,

**NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

      **ORDERED AND ADJUDGED** that J & J Sports Production, Inc., the Plaintiff, does recover jointly and severally of **ALFREDO ALVILA, Individually and as officer, director, shareholder and/or principal of CUTTY'S HAIR STUDIO, INC. d/b/a CUTTY'S HAIR SALON a/k/a CUTTY'S UNISEX HAIR STUDIO a/k/a CUTTY'S BARBER SHOP,**

and further,

**ORDERED AND ADJUDGED** that J & J Sports Production, Inc., the Plaintiff, does recover jointly and severally **CUTTY'S HAIR STUDIO, INC. d/b/a CUTTY'S HAIR SALON a/k/a CUTTY'S UNISEX HAIR STUDIO a/k/a CUTTY'S BARBER SHOP,**

1) under 605(e)(3)(C)(i)(II) in the sum to be determined by the Magistrate Judge at Inquest.

2) and under 605(e)(3)(C)(ii) a sum to be determined by the Magistrate Judge at Inquest.

3) and under 605(e)(3)(B)(iii) costs and Attorney fees to be determined by the Magistrate Judge at Inquest.

and further,

**ORDERED AND ADJUDGED** that J & J Sports Production, Inc., the Plaintiff, does recover jointly and severally of **A. E. DIAMOND CUTS INC. d/b/a DIAMOND CUTS INC.,**

1) under 605(e)(3)(C)(i)(II) in the sum to be determined by the Magistrate Judge at Inquest.

2) and under 605(e)(3)(C)(ii) a sum to be determined by the Magistrate Judge at Inquest.

3) and under 605(e)(3)(B)(iii) costs and Attorney fees to be determined by the Magistrate Judge at Inquest.

and it is further,

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: 6/22, 2006

s/Edward R. Korman
**HONORABLE EDWARD R. KORMAN**
United States District Judge